AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DREXEL MCCURTY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV115-052

STAN SHEPARD, Warden,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 26, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the case is DISMISSED without prejudice and stands CLOSED.

June 26, 2015
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03